■ THOMAS V. GLENDON v. PATRICIA GLENDON.—Motion granted insofar as to extend the time of the defendant to appear generally in this action or to answer the complaint until 10 days after service upon her attorneys of a copy of the order of this court determining the appeals taken by the plaintiff

612

from the order of the Supreme Court, New York County, entered February 19, 1959, with notice of entry thereof. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.